Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the

___7___ District of __Iowa__

__Davenport__ Division

RECEIVED
JUL 2 4 2023
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Cody Curtis
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Officers Middagh, G. Hazelett, A. Dabit, Brett Talkington, Muscatine Police Dept., City of Muscatine
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Cody Curtis
Address: 1222 East 4th St.
City: Muscatine
State: IA
Zip Code: 52761
County: Muscatine
Telephone Number: 1-563-261-0473
E-Mail Address: CodyC9332@gmail.com

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Officer Middagh (Badge # 281)
Job or Title (if known): Police Officer
Address: 312 East 5th St.
City: Muscatine
State: IA
Zip Code: 52761
County: Muscatine
Telephone Number: 1-563-263-9922
E-Mail Address (if known):

[X] Individual capacity  [X] Official capacity

Defendant No. 2
Name: Officer G. Hazelett (Badge # 195)
Job or Title (if known): Police Officer
Address: 312 East 5th St.
City: Muscatine
State: IA
Zip Code: 52761
County: Muscatine
Telephone Number: 1-563-263-9922
E-Mail Address (if known):

[ ] Individual capacity  [ ] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
Name: Alber Dabit
Job or Title (if known): Police Officer
Address: 312 East 5th St.
City: Muscatine  State: IA  Zip Code: 52761
County: Muscatine
Telephone Number: 1-563-263-9922
E-Mail Address (if known):

[X] Individual capacity  [X] Official capacity

Defendant No. 4
Name: Brett Talkington
Job or Title (if known): Police Chief
Address: 312 East 5th St
City: Muscatine  State: IA  Zip Code: 52761
County: Muscatine
Telephone Number: 1-563-263-9922
E-Mail Address (if known):

[X] Individual capacity  [X] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

42 USC 1983 and 1985
4th Amendment, 5th Amendment
14th Amendment, 18 USC 241, 18 USC 242
Riis v Shaver, 458 F. Supp. 3d 1130
1st Amendment

City of Muscatine Liable under
Monell v Department of Social
Services, 436 US 658, 98 S. Ct.
2018 56 L.Ed. 2d 611 (1978)
Doc 72 at 99 p5-114

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Page 3 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. ~~X~~ 5
Name: Muscatine Police Department
Job or Title (if known):
Address: 312 East 5th St,
Muscatine        IA        52761
City            State      Zip Code
County: Muscatine
Telephone Number: 1-563-263-9922
E-Mail Address (if known):

☐ Individual capacity    ☒ Official capacity

Defendant No. ~~X~~ 6
Name: City of Muscatine
Job or Title (if known):
Address: 215 Sycamore St,
Muscatine        IA        52761
City            State      Zip Code
County: Muscatine
Telephone Number: 1-563-264-1550
E-Mail Address (if known):

☐ Individual capacity    ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Please see Previous page (3)

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Page 3rd
~~Page 2 of 6~~

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

No warrant obtained for Catheterization, I was in cuffs, officers were in uniform, on duty, and arrived in police vehicles. Officers claimed I was Aggressive for yelling "you're not even police! Prove it" then they assaulted me from behind 18 USC 242/

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Unity Point Health - Trinity ER  1518 Mulberry Ave., Muscatine, IA 52761
Muscatine Police Department. 312 East 5th St. Muscatine, IA 52761

B. What date and approximate time did the events giving rise to your claim(s) occur?

Unity - 5/5/2022 approximately 12:15 am
Muscatine Public Safety Building - 7-12-2022 via mail
Phone Conversation - 6-20-2022 via phone

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Multiple officers assaulted me from behind causing me to fall head first into a truck and between officer Jameson's shins. Another officer wedged me off the ground by securing my legs. I began to push to try to go to the ground. Another officer kneed me in the shoulder. Then an officer tried to cuff me shoving his knee into my back causing bruising on my ribs, during this time officers shoved a tuser in my arm to use a drive stun tase and another officer pulled OC spray. One wrist was in a cuff and the other arm was wedged under my body. I couldn't breathe and stopped moving during this time. The police decided I would go to the Hospital by ambulance. (see reverse)

I arrived at the hospital with officer Doe with my hands cuffed behind my back on a gourney. At approximately 12 am on 5-5-2022 M. Ledbetter RN noted that I refused care. This is when I learned I had a cut on my forehead and they all made me proceed with the medical attention. At approximately 12:15 am on 5-5-2022 officer Hazelett, officer Middagh, and one other officer cuffed my legs to the bed rails and held my legs so M. Ledbetter RN could force an unwarrented Catheterization. It was so painful I yelled and then I don't remember anything.

On approximately 6-20-2022 4:20 pm Officer Alber Pebit denied services on the matter via phone call. I have audio.

On approximately 7-12-2022 Police chief Brett Talkington Denied the Allegations and services for the matter in response to my written complaints

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Cut on head and both knees, bruised ribs, mental anguish. Recieved ER care, Inpatient Mental Health treatment, and Outpatient Mental Health treatment. Also had prescription meds and a X-Ray. Damaged Bladder wall - urologist prescribed medication and physical therapy

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Unity ER visit - $2,142.86
Iowa City Hospital - X-Ray + Mental Health treatment - $2,844.00
Physical Rehab - $1,026.00
Cerebral - Mental Health treatment - $1,433.00 and Counting
Urologist - $35k
Court cost + Legal Fees - $402.00 and Counting
Punitive Damages - $500,000.00

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7-22-2023

Signature of Plaintiff: *Cody Curtis*
Printed Name of Plaintiff: Cody Curtis

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
      _____
      *City*      *State*    *Zip Code*
Telephone Number _____
E-mail Address _____

Cody Curtis
1222 E 4th St
Muscatine, IA 52761

CERTIFIED MAIL

7021 0950 0001 1664 9566

$5.22
US POSTAGE
FIRST-CLASS
062S12420382
52761
000122475

Clerk of Court
131 E 4th Street
Suite 150
Davenport, Iowa 52801